## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| SOROLA BROWN, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-19-189 |
| | § | |
| PHO BINH RESTAURANT, INC., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

This case was filed on January 17, 2019.  On June 26, 2019 a notice of death was filed as to plaintiff, Sorola Brown.  On August 20, 2019 plaintiff's attorney was granted permission to withdraw as counsel.  As no damages are sought and this action is only for injunctive relief, no legal remedy survives the death of plaintiff.  There is no pending claim for attorney's fees and costs, nor can there be with the death of plaintiff.  Plaintiff's attorney has advised this court that to the best of his knowledge, no estate has been opened.

It is therefore ORDERED that plaintiff's cause of action against defendants is DISMISSED for want of prosecution.

Signed at Houston, Texas on November 22, 2019.

_____
Gray H. Miller
Senior United States District Judge